IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROSA HURT,

    Plaintiff,

v.

LAURA YVONNE EGGERS, and USAA CASUALTY INSURANCE COMPANY,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-205

**O R D E R**

Presently before the Court is the Plaintiff's Notice of Voluntary Dismissal of Defendant USAA Casualty Insurance Company. (Doc. 8.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court hereby **DISMISSES** all claims against Defendant USAA Casualty Insurance Company **WITHOUT PREJUDICE**. The Clerk shall **TERMINATE** Defendant USAA Casualty Insurance Company as a Defendant on the docket of this case. Plaintiff's claims against Defendant Laura Yvonne Eggers remain pending.

**SO ORDERED**, this 20th day of November, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA